UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL RYTTING,<br>     #82856 | )<br>)<br>) | |
|      Plaintiff, | )<br>) | 3:11-cv-00170-HDM-RAM |
| vs. | )<br>) | |
| NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*, | )<br>)<br>) | **ORDER** |
|      Defendants. | )<br>) | |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On May 4, 2011, the court granted plaintiff leave to proceed *in forma pauperis* (docket #3). In the same order, plaintiff was directed to file an amended complaint to cure the deficiencies of the original complaint (*id.*). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for the failure of plaintiff to file an amended complaint.  The Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 6th day of July, 2011.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE