AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL RYTTING #82856,

      Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

                        CASE NUMBER: **3:11-CV-00170-HDM-RAM**

NEVADA DEPARTMENT OF
CORRECTIONS, et al,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for the failure of plaintiff to file an amended complaint.

 July 7, 2011                                                  **LANCE S. WILSON**
    Date                                                                Clerk

                                                                /s/   M. Campbell
                                                                   Deputy Clerk